DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

YASMANY PEREZ AVILA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2753

———————————————

February 13, 2026

Appeal from the Circuit Court for Hillsborough County; Christine Ann Marlewski, Judge.

Michael Hrdlicka and Guillermo E. Gomez, Jr. of Gomez & Touger, P.A., Lakeland, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Sonia C. Lawson, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

VILLANTI, SLEET, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.